NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NORMAN ALLEN,                          )
                                       )
        Appellant,                     )
                                       )
v.                                     )      Case No. 2D18-4693
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                      )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.


        Affirmed.



CASANUEVA, LaROSE, and BADALAMENTI, JJ., Concur.